**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00331-CV**

_____

**IN RE TEXAS WINDSTORM INSURANCE ASSOCIATION, BRUSH COUNTRY CLAIMS, LTD, AND DAVID GUTIERREZ**

**Original Proceeding**
**60th District Court of Jefferson County, Texas**
**Trial Cause No. B-183464**

**ORDER**

Texas Windstorm Insurance Association, Brush Country Claims, LTD, and David Gutierrez filed a petition for writ of mandamus. The relators are defendants in Cause No. B-183464, *James v. Texas Windstorm Insurance Association, et. al.* Relators seek a writ compelling the Honorable Gary Sanderson, Judge of the 60th District Court of Jefferson County, Texas, to vacate his order of August 29, 2016, which compels the relators to produce photographs and estimates for all Hurricane Rita property claims within a one mile radius of the James's property. We note our

1

jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relators request a stay of the trial court's order as temporary relief. *See* Tex. R. App. P. 52.10(a). The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order of August 29, 2016, in Cause No. B-183464 is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relators as a condition to any relief herein granted.

The response of the real parties in interest, David James and Sue James, is due September 26, 2016.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED September 14, 2016.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.

2